ADAM PEDERSEN (STATE BAR NUMBER 261901)
ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:   408-416-0248

Attorney for Plaintiffs
Cristobal Hernandez, Josue Gutierrez

*E-FILED - 4/8/10*

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose DIVISION

| | |
|---|---|
| Cristobal Hernandez *aka* Hugo Salazar, Josue Gutierrez,<br><br>        Plaintiffs,<br><br>    vs.<br><br>Four Elements Inc, and DOES 1-10<br><br>        Defendants | Case No.:  5:09-cv-01679-RMW<br><br>STIPULATION AND ]xxxxxxxxx] ORDER TO ALLOW FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT |

Parties through counsel hereby stipulate as follows:

1. On 4/16/2009, Plaintiffs filed the original complaint in this action.

2. It has come to the attention of the Plaintiffs that the original complaint as filed contained an error, naming three Plaintiffs Cristobal Hernandez, Josue Gutierrez and a third person "Hugo Salazar" who is not actually party to this action.

3. In reality, the name "Hugo Salazar" does not refer to any Plaintiff but was an alleged alias under which the Plaintiff Cristobal Hernandez allegedly worked.

1
**STIPULATION FOR LEAVE TO AMEND**

4. The complaint should have named two Plaintiffs Josue Gutierrez and Cristobal Hernandez *aka* "Hugo Salazar".

5. Parties desire to correct this error as soon as possible so they may finalize their tentative agreement for settlement.

6. Therefore, to correct this error, parties stipulate to allow Plaintiffs leave to file a First Amended Complaint, attached hereto as <u>Exhibit #1</u>, correctly naming the two Plaintiffs Josue Gutierrez and Cristobal Hernandez *aka* "Hugo Salazar".

Dated:  March 24, 2010          By:     /s/Adam Pedersen
                                        Adam Pedersen
                                        Law Office of Adam Wang
                                        Attorneys for Plaintiff

Dated:  March 24, 2010          By:     /s/Michael Farbstein
                                        Michael Farbstein
                                        Attorney for Defendant

**PROPOSED ORDER**

It is hereby ORDERED that, pursuant to the terms the parties stipulation, Plaintiffs be granted leave to file a First Amended Complaint.

Dated: 4/8/10                   By:     *Ronald M. Whyte*
                                        Hon. Ronald M Whyte
                                        US District Court Judge

*Counsel shall re-file the amended complaint as a separate entry.