ADAM WANG, Bar No. 201233
ADAM PEDERSEN, Bar No. 261901
LAW OFFICES OF ADAM WANG
12 South First Street, Suite 708
San Jose, CA 95113
Tel:  (408) 292-1040
Fax: (408) 416-0248
waqw@sbcglobal.net

*E-FILED - 6/23/10*

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Hernandez, et. al.,<br><br>Plaintiffs,<br><br>    vs.<br><br>4E Inc. *dba* Four Elements , et. al.,<br><br>Defendants | **Case No.: 09-CV-1679-RMW**<br><br>STIPULATION TO DISMISS WITH PREJUDICE & [] ORDER THEREON |

Plaintiffs and Defendants, through their respective counsel, hereby stipulate as follows:

1.      Parties have reached a settlement with respect to all claims of all Plaintiffs against all Defendants in this case.

2.      As such, parties hereby stipulate to dismiss this action in its entirety with prejudice.

3. The Parties stipulate that this Court should retain its jurisdiction over this case for the purpose of enforcing the settlement agreement, and parties will bear their own costs and fees, subject to the terms the settlement agreement.

RESPECTFULLY SUBMITTED,

Dated: May 28, 2010                By:   /s/ Adam Pedersen
                                         ADAM PEDERSEN
                                         Attorney for Plaintiffs

Dated: May 28, 2010

                                   By:   /s/Michael Farbstein
                                         MICHAEL FARBSTEIN
                                         Attorney for Defendants

---

[]            **ORDER**

Pursuant to party's stipulation, IT IS SO ORDERED.

Dated: __6/23__, 2010            _Ronald M. Whyte_
                                 Hon. R. M. Whyte
                                 United States District Court Judge

STIPULATION TO DISMISS
Hernandez, et. al. v. Four Elements, et. al.